181 So. 922

### John MORRIS v. STATE.

#### 6 Div. 249.

Court of Appeals of Alabama.
May 10, 1938.

Bealle & Mize, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.